## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| KIMBERLY HUMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 19-3117-SEM-TSH |
| | ) |
| THE UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### Proposed Discovery Plan

Counsel for Plaintiff, Christopher S. Livas of Kralovec, Jambois & Schwartz, and counsel for Defendant, the United States of America, Joshua I. Grant, Assistant United States Attorney, Central District of Illinois, having met on November 4, 2019, for the purposes of formulating a proposed discovery schedule for consideration by the Court, hereby submit the following agreed deadlines for the Court's consideration:

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1):  December 19, 2019

2. Amendment of the pleadings:  February 17, 2020

3. Joining additional parties: February 17, 2020

4. Disclosure of Plaintiff's experts:  November 18, 2020

5. Disclosure of Plaintiff's expert reports:  November 18, 2020

6. Disclosure of Defendant's experts:  January 17, 2021

7. Disclosure of Defendant's expert reports:  January 17, 2021

8. Completion of all discovery:  March 18, 2021

9.  Dispositive motions: May 17, 2021

Respectfully Submitted,

| | |
|---|---|
| Kimberly Humes, | The United States of America, |
| Plaintiff | Defendant |
| | |
| By: /s/ Christopher S. Livas (with consent) | By: /s/ Joshua I. Grant |
| | |
| Kralovec, Jambois & Schwartz | Assistant United States Attorney |
| Kralovec, Jambois & Schwartz | Central District of Illinois |
| Chicago, IL 60601 | 318 South 6th Street |
| Telephone: (312) 782-2525 | Springfield, Illinois 62701 |
| Email: clivas@kjs-law.com | Telephone: (217) 492-4450 |
| | Email: Joshua.Grant@usdoj.gov |
| | |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

**Certificate of Service**

I hereby certify that on the 7th day of November, 2019, I caused the foregoing *Proposed Discovery Plan* to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher S. Livas
Kralovec, Jambois & Schwartz
60 W. Randolph Street, Suite 400
Chicago, IL 60601
Telephone:  (312) 782-2525
Email:  clivas@kjs-law.com


Dated: November 7, 2019

By: s/ Joshua I. Grant
Joshua I. Grant, IL Bar No. 6299901
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: (217) 492-4450
E-mail: joshua.grant@usdoj.gov